IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02425-REB-KLM

JAMES A. JABLONSKI,

    Relator,

v.

THE SCOTTS COMPANY, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs [sis] Motion to Dismiss Portions of First Amended Complaint or Alternatively to Amend Complaint and Rule 7.1 Certification** [Docket No. 12; Filed January 4, 2011] (the "Motion"). The Court construes the Motion as a request to amend the Amended Complaint [Docket No. 3]. As a preliminary matter, despite the fact that the Motion contains a D.C.COLO.LCivR 7.1A. certificate of conferral, the efforts expended by Plaintiff to comply with the Local Rule do not satisfy the spirit and purpose of the Rule. Allowing one day for opposing counsel to give his position is insufficient to meaningfully comply with a party's duty to confer. In addition, filing a motion without knowing a party's position interferes with the Court's ability to efficiently dispense justice. In the future, counsel should allow at least three (3) business days for opposing counsel to respond to a request to confer. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    IT IS FURTHER **ORDERED** that to the extent that Plaintiff seeks to amend his Amended Complaint to eliminate certain claims, he shall file a Motion to Amend Amended Complaint which complies with the Local Rules and shall attach a proposed Second Amended Complaint.

    Dated: January 5, 2011