IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02425-REB-KLM

JAMES A. JABLONSKI,

    Relator,

v.

THE SCOTTS COMPANY, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Relators [sic] Motion to Permit Filing of Surreply to Defendant's Motion to Dismiss and Rule 7.1 Compliance** [Docket No. 19 Filed January 25, 2011] (the "Motion").  Pursuant to the Motion, Relator seeks permission to file a Surreply to address an alleged mischaracterization of a case cite in Defendant's Reply to the pending Motion to Dismiss.  As a preliminary matter, despite the Court's prior warning about Relator's duty to confer, it is unclear whether the efforts expended by Relator satisfy the spirit and purpose of D.C.COLO.LCivR 7.1A.  Relator indicates that he attempted to confer but has had no response.  Relator does not indicate whether he waited three (3) business days for opposing counsel to respond to the request to confer.  Rather, he contends that because the underlying Motion to Dismiss is ripe he was compelled to file the Motion without knowing Defendant's position.  Regardless of Defendant's position,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED.**  Surreplies are neither contemplated by the Federal Rules of Civil Procedure nor permitted by D.C.COLO.LCivR 7.1C.  In addition, pursuant to the practice standards of the District Judge assigned to this matter, only motions, responses, and replies are accepted for filing.  *See* REB Civil Prac. Stand. § V.C., E.  Finally, the Court is fully capable of reading and interpreting caselaw without the assistance of the parties.  **Future motions which do not comply with the Local Rules will be summarily denied.**

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 24, 2011 at 10:00 a.m. is **vacated** and will be reset, if appropriate, after resolution of the Motion to Dismiss.

    Dated:  January 26, 2011